HICKEY & COMPANY, a Partnership Composed of William L. Hickey, Louis W. Hickey and Justin D. O'Brien, as partners and individually, Appellants, v. UNITED STATES of America and Robert P. Patterson, Secretary of War, Appellees.

No. 12031.

Circuit Court of Appeals, Fifth Circuit.
June 25, 1948.
Rehearing Denied July 26, 1948.

Allen Wight, of Dallas, Tex., for appellants.

William P. Fonville, Asst. U. S. Atty., of Dallas, Tex., for appellees.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed on the authority of the decisions in Jacob Lichter et al. v. U. S., A. V. Pownall et al. v. U. S., and Alexander Wool Combing Company v. U. S., 68 S.Ct. 1294.

Affirmed.

In the Matter of the Petition of Bruno MANFREDI to be Admitted to Citizenship.

UNITED STATES of America, Appellant, v. Bruno MANFREDI.

No. 9451.

Circuit Court of Appeals, Third Circuit.
Argued Dec. 5, 1947.
Reargued June 23, 1948.
Decided June 28, 1948.

Maurice A. Roberts, of Philadelphia, Pa., (Gerald A. Gleeson, U. S. Atty., James P. McCormick, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellant.

Abram Orlow, of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, GOODRICH, McLAUGHLIN, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The order is affirmed by an equally divided court.

Woodrow V. STONE, Appellant, v. STRICKLAND TRANSPORTATION COMPANY, Appellee.

No. 12219.

Circuit Court of Appeals, Fifth Circuit.
April 13, 1948.

Rehearing Denied May 12, 1948.

John J. Watts, of Odessa, Tex., for appellant.

John R. Fullingim, of Amarillo, Tex., for appellee.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The Judgment of the District Court is affirmed. Southwest Dairy Products Co. v. De Frates, 132 Tex. 556, 125 S.W.2d 282, 122 A.L.R. 854; Chisos Mining Co. v. Huerta, 141 Tex. 289, 171 S.W.2d 867.

On Petition for Rehearing.

It is ordered that the petition for rehearing in the above entitled and numbered cause be, and it is hereby, denied.